UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ONITY MORTGAGE CORPORATION, *f/k/a PHH Mortgage Corporation s/b/m/t Ocwen Loan Servicing, LLC*,

Plaintiff,

-v-

JUAN SANTIAGO et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6694 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 20, 2026, Defendant New York City Transit Adjudication Bureau was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 19. On August 21, 2026, Defendants Juan Santiago and Norma Santiago were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 17 & 18. On August 25, 2026, Defendants New York City Parking Violations Bureau and New York City Environmental Control Board were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 20 & 21. To date, Defendants have failed to appear in this action. No later than **September 23, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with any Defendant or if it has any other reason to believe that any Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge