UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ONITY MORTGAGE CORPORATION, *f/k/a PHH Mortgage Corporation s/b/m/t Ocwen Loan Servicing, LLC*,

Plaintiff,

-v-

JUAN SANTIAGO et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6694 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

On October 14, 2026, Plaintiff filed a letter motion to voluntarily dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* ECF No. 33. Because Defendant Norma Santiago, who is proceeding without counsel, had earlier filed a Verified Answer to the Complaint, *see* ECF No. 31, the Court endorsed Plaintiff's letter with the following order: "Defendant Norma Santiago shall file any opposition no later than October 30, 2026. Absent any objection by that date, the case will be dismissed without prejudice." ECF No. 33. To date, Ms. Santiago has not filed any opposition to the motion. Thus, Plaintiff's motion to dismiss is hereby GRANTED as unopposed, and the case is dismissed without prejudice pursuant to Rule 41.

Any pending motions are moot. All conferences (including the one scheduled for November 18, 2026 *see* ECF No. 16) are vacated. The Clerk of Court is directed to close the case and to mail a copy of this Order to Defendant Norma Santiago.

SO ORDERED.

Dated: November 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge